IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01150-WYD-BNB

SHARON LUCAS,

Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

Defendant.

_____

**ORDER**

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **September 23, 2008**, the parties shall file a

stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 9, 2008.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge