IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01150-WYD-BNB

SHARON LUCAS,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC, a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

Dated this 23rd day of September, 2008.

    BY THE COURT:

    s/ Wiley Y. Daniel
    WILEY Y. DANIEL,
    UNITED STATES DISTRICT JUDGE